UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**CHUNCHENG REN**
**And**
**ELIZUR INTERNATIONAL, INC.,**

**Plaintiffs,**

v.  Civil Action No. 2:19cv659

**UNITED STATES CITIZENSHIP**
**AND IMMIGRATION SERVICE,**

**Defendant.**

## ORDER

Plaintiffs in this matter moved to extend the time for filing a Motion for Summary Judgment. (ECF No. 22). Defendant initially opposed the motion. (ECF No. 23). The Court took the matter under advisement (ECF No. 30), and before the settlement conference began on October 27, 2020, it heard additional argument from the parties and revised the briefing schedule as follows:

- Plaintiffs' Motion for Summary Judgment and any opposition to the Defendant's Motion for Summary Judgment shall be filed within thirty (30) days from the date of this Order, or by **November 27, 2020**.

- Defendant's Opposition to Plaintiff's Motion for Summary Judgment and Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment shall be filed within twenty-one (21) days thereafter, or by **December 18, 2020**.

1

- Plaintiff's reply to Defendant's opposition to Plaintiff's Motion for Summary Judgment shall be filed within fourteen (14) days thereafter, or by **January 4, 2021**.

IT IS SO ORDERED.

/s/
Douglas E. Miller
United States Magistrate Judge

DOUGLAS E. MILLER,
UNITED STATES MAGISTRATE JUDGE

October 27, 2020